UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN HOP WAH,

                Plaintiff,

-against-

ADEYEMI ADEBOLA, DHS Police Officer; CORDELL CROSBY, DHS Police Officer; CYRUS VANCE, former New York County District Attorney; ALVIN BRAGG, current New York County District Attorney; JAMES ZALETA, Assistant District Attorney; KELLI CLANCY, Assistant District Attorney; AARON GINANDES, Assistant District Attorney; MARK DUGGAN, Investigator for the District Attorney; VASILIKI KARLIS, Dental Physician

                Defendants.

23-CV-1420 (LGS)

ORDER OF SERVICE

LORNA G. SCHOFIELD, District Judge:

       The Clerk of Court is respectfully directed to issue summonses for Defendants Adebola and Crosby, complete the USM-285 forms with the addresses for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service. The U.S. Marshals Service shall also serve the Order at Dkt. 16 upon Defendants Adebola and Crosby.

       Because Defendants are no longer City employees, their personal address information is privileged. A redacted version of the service addresses will be filed on the docket. An unredacted version of this Order will be emailed to the pro se intake office, to be forwarded to the U.S. Marshals Service.

       Because the records of the New York County District Attorney's Office may be pertinent to this case, the Clerk of Court is respectfully directed to notify the office of this action by mailing a copy of this order to the District Attorney's Office at One Hogan Place, New York, NY 10013.

SO ORDERED.

Dated: December 4, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE

## DEFENDANTS AND SERVICE ADDRESSES

1. Adeyemi Adebola
   ██████████████

2. Cordell Crosby
   ██████████████