**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/19/2024___
```

John T. Hop Wah,

                       **Plaintiff,**

       **-against-**

Cordell Crosby and Adeyemi Adebola,

                       **Defendants.**

**1:23-cv-01420 (LGS) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held today, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1.     The New York City Law Department, Office of the Corporation Counsel (the "Corporation Counsel"), shall conduct further investigation as to the current address of Defendant Adeyemi Adebola ("Adebola") by utilizing any and all resources that are reasonably available to the Corporation Counsel, including (but not limited to) databases reflecting whether Adebola is receiving benefits from the City of New York. No later than Friday, April 19, 2024, the Corporation Counsel shall file a letter reporting that such information has been ascertained[1] or if not, informing the Court of the efforts expended in its attempt to do so.

2.     The time for Defendant Cordell Crosby ("Crosby") to answer or otherwise respond to the Complaint remains adjourned *sine die*.[2]

---

[1] When the Corporation Counsel files its letter in accordance with this Order, it may redact Adebola's contact information.

[2] During today's conference, the Corporation Counsel represented that it will represent Crosby in this action.

2

3.      The undersigned's Chambers shall mail to Plaintiff copies of (a) the ECF docket sheet, reflecting this Order, (b) District Judge Schofield's 8/9/2023 Order of Service filed at ECF No. 8, (c) District Judge Schofield's 12/4/2023 Order of Service filed at ECF No. 21, and (d) this Order at his address listed on the ECF docket.

**SO ORDERED.**

DATED:          New York, New York
                March 19, 2024

_____
STEWART D. AARON
United States Magistrate Judge