UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John T. Hop Wah,

                    Plaintiff,

-against-

Cordell Crosby and Adeyemi Adebola,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2024

1:23-cv-01420 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on April 23, 2024, Plaintiff's Amended Complaint was entered onto the ECF docket with a "Date Filed" of April 19, 2024 (Am. Compl., ECF No. 62).

NOW, THEREFORE, it is hereby **ORDERED** that Defendant Crosby shall respond to the Amended Complaint no later than May 22, 2024.

**SO ORDERED.**

DATED:      New York, New York
                May 8, 2024

_____
STEWART D. AARON
United States Magistrate Judge